111 F.3d 128
 Union Township Cab, Inc., Kenneth Gruber
v.
Township of Union, Union Township Committee, Anthony E.
Russo, Edward James Roberts, Gregory A. Muller, Thomas J.
Strapp, Mark J. Bellotti, Jerome D. Petti, Worrall Community
Newspapers, Inc.,d/b/a Union Leader, Alec Schwartz, John Does, 1-10
 NO. 96-5371
 United States Court of Appeals,
Third Circuit.
 Mar 27, 1997
 
 Appeal From: D.N.J. ,No.92cv02877 ,
 Barry, J.
 
 
 1
 Affirmed.